1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALWIN SMITH, | ) Case No. EDCV 17-272 SVW(JC) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| S. HATTON, | ) |
| Respondent | ) |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: February 17, 2017

/s/
_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE